1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Thomas J. Hanlon
4  Assistant United States Attorney
   402 East Yakima Ave, Suite 210
5  Yakima, WA 98901
6  Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 1 0 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

7
8          UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF WASHINGTON

9

10  UNITED STATES OF AMERICA,

11                  Plaintiff,

12

13            v.

14  DEANNE EDWARD ZAPIEN,

15                  Defendant.

16

17

18

19

20

**1:22-CR-2053-SAB**

INDICTMENT

Vio.:  21 U.S.C. § 841(a)(1),
       (b)(1)(C)
       Distribution of A Mixture and
       Substance Containing a
       Detectable Amount of
       Fentanyl
       (Counts 1, 2)

       21 U.S.C. § 853
       Forfeiture Allegations

21      The Grand Jury charges:

22                    COUNT 1

23      On or about April 6, 2021, in the Eastern District of Washington, the Defendant,

24

25  DEANNE EDWARD ZAPIEN, knowingly and intentionally distributed a mixture or

26  substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

27

28

INDICTMENT – 1

piperidinyl] propanamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 2

On or about February 23, 2022, in the Eastern District of Washington, the Defendant, DEANNE EDWARD ZAPIEN, knowingly and intentionally distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendant, DEANNE EDWARD ZAPIEN, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

INDICTMENT – 2

d.     has been substantially diminished in value; or

e.     has been commingled with other property which cannot be divided
       without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to 21 U.S.C. § 853(p).

DATED: this 10th day of May 2022.

A TRUE BILL

Vanessa R. Waldref
United States Attorney

Thomas J. Hanlon
Assistant United States Attorney

INDICTMENT – 3