Case 1:22-cr-02053-SAB   ECF No. 3   filed 05/10/22   PageID.5   Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 10, 2022
SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** DEANNE EDWARD ZAPIEN   **CASE NO.** 1:22-CR-2053-SAB-1

TOTAL # OF COUNTS: 2   ✓ FELONY   ☐ MISDEMEANOR   ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) | Distribution of a Mixture and Substance Containing a Detectable Amount of Fentanyl | CAG not more than 20 years imprisonment, $1,000,000 fine, at least 3 years supervised release up to life, and a $100 special penalty assessment; denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a. |
| 2 | 21 U.S.C. § 841(a)(1), (b)(1)(C) | Distribution of a Mixture and Substance Containing a Detectable Amount of Fentanyl | CAG not more than 20 years imprisonment, $1,000,000 fine, at least 3 years supervised release up to life, and a $100 special penalty assessment; denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a. |
|  | 21 U.S.C. § 853 | Forfeiture Allegation |  |