FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 10 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEANNE EDWARD ZAPIEN,

    Defendant.

Case No.: **1:22-CR-2053-SAB**

Order To Seal Indictment

IT IS HEREBY ORDERED that the Indictment is sealed until further order of the Court or until the Defendant's arrest, whichever comes first.

DATED this 10th day of May 2022.

Lonny R. Suko
Senior United States District Judge