# CHARGES AND PENALTIES

**CASE NAME:** DEANNE EDWARD ZAPIEN   **CASE NO.** 1:22-CR-02053-SAB

TOTAL # OF COUNTS: 2    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1), (b)(1)(C) | Distribution of a Mixture and Substance Containing a Detectable Amount of Fentanyl | CAG not more than 20 years imprisonment, $1,000,000 fine, at least 3 years supervised release up to life, and a $100 special penalty assessment; denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a. |
| 2 | 21 U.S.C. § 841(a)(1), (b)(1)(C) | Distribution of a Mixture and Substance Containing a Detectable Amount of Fentanyl | CAG not more than 20 years imprisonment, $1,000,000 fine, at least 3 years supervised release up to life, and a $100 special penalty assessment; denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a. |
|   | 21 U.S.C. § 853 | Forfeiture Allegation |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |