Jennifer R. Barnes
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Deanne Edward Zapien

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

| United States of America, | No. 1:22-CR-2053-SAB |
|---|---|
| Plaintiff, | **Notice of Appearance** |
| v. | |
| Deanne Edward Zapien, | |
| Defendant. | |

Please take notice that Jennifer R. Barnes of the Federal Defenders of Eastern Washington and Idaho hereby enters her appearance as counsel of record in this matter. All future correspondence and court filings should be forwarded directly to the address listed above.

Dated: October 25, 2022.

Notice of Appearance: 1

By s/ Jennifer R. Barnes
    Jennifer R. Barnes, 23664
    Federal Defenders of Eastern
    Washington and Idaho
    306 East Chestnut Avenue
    Yakima, Washington 98901
    (509) 248-8920
    (509) 248-9118 fax
    Jennifer_Barnes@fd.org

**Certificate of Service**

I hereby certify that on October 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Thomas J. Hanlon, Assistant United States Attorney.

    s/ Jennifer R. Barnes
     Jennifer R. Barnes

Notice of Appearance: 2