AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 15, 2022**

SEAN F. McAVOY, CLERK

United States of America
v.
DEANNE EDWARD ZAPIEN

)
)
)
)
)
)
)

Case No. 1:22-CR-2053-SAB

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DEANNE EDWARD ZAPIEN   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1),(b)(1)(C) Distribution of A Mixture and Substance Containing a Detectable Amount of Fentanyl

Date: May 10, 2022, 4:22 pm

*Issuing officer's signature*

City and state: Yakima, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 5/10/22, and the person was arrested on *(date)* 10/21/22
at *(city and state)* Yakima, WA.

Arrested within the E/WA

Date: 10/21/22

By: USMS
(Agency)
*Arresting officer's signature*

Executed On: 10/21/22
Sign: [signature] USMS

*Printed name and title*